**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LISA AUDIT,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-13562

Judge Robert W. Gettleman

Magistrate Judge Jeffrey T. Gilbert

## STATUS REPORT

Plaintiff, LISA AUDIT ("Plaintiff"), files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [49].

On July 17, 2026, this Court entered Minute Entry Order [49], denying Plaintiff's motion for entry of default and default judgment [30] without prejudice with leave to refile if Plaintiff can submit sufficient supporting information. Plaintiff's investigation of the Defendants' addresses is underway; however, Plaintiff needs additional time to collect and review the information so that Plaintiff can fully respond to the Court's inquiry in the forthcoming motion for default judgment. Plaintiff has also filed a joint stipulation of settlement with 6 Defendants jointly requesting 90 days to execute settlement terms. *See* [50]. Plaintiff can file another status report in 90 days if a renewed motion is not filed prior to that date.

1

DATED:  July 29, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 29, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt