# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Lisa Audit

                            Plaintiff,

v.
                                     Case No.:
                                     1:25−cv−13562

                                     Honorable Robert W. Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, August 1, 2026:

      MINUTE entry before the Honorable Robert W. Gettleman: On review of plaintiff's Joint Stipulation of Settlement [50] and Status Report [51] plaintiff is directed to file an updated status report on or before 10/28/2026, unless a stipulation to dismiss is filed prior to that date. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.