**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LISA AUDIT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-13562

Judge Robert W. Gettleman

Magistrate Judge Jeffrey T. Gilbert

**PLAINTIFF'S *RENEWED* MOTION FOR ENTRY OF DEFAULT AND DEFAULT**
**JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN**
**<u>FIRST AMENDED SCHEDULE A</u>**

Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendants Identified in First Amended Schedule A.

Plaintiff files herewith a Memorandum of Law in support. The Court denied Plaintiff's prior motion for entry of default and default judgment without prejudice, with leave to refile. [49]. Plaintiff renews her motion as to the ninety-two defaulting Defendants and establishes, as set forth in the accompanying Memorandum, the Declaration of Yanling Jiang, and Exhibits A and B, that electronic service is proper under *Kangol*.

DATED: August 3, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 3, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.