**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LISA AUDIT,

    Plaintiff,                            Case No.: 1:25-cv-13562

v.                                   Judge Robert W. Gettleman

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Jeffrey T. Gilbert
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**<u>DECLARATION OF LISA AUDIT</u>**

I, Lisa Audit, declare and state as follows:

1.      This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.      I am the artist that created the Lisa Audit Work. I make this declaration from matters within my knowledge save where otherwise stated.

3.      I am a contemporary artist whose artworks feature landscapes and floral themes in a variety of mediums including oil paints, acrylics, and pen and ink. I have loved to draw for as long as I can remember. With my supportive family behind me, I nurtured my passion for the arts, drawing and creating new and innovative designs at an early age. I then studied graphic arts in college and, upon graduation, began my career as a wallpaper designer for several well-known companies. This led me to explore licensing my artwork for stationery, fabrics, and bathroom accessories, which is where I have found my success. For over

1

twenty years, my art and patterns have been licensed on products for every room in the home, including tableware, stationery, kitchen textiles, bedding, bath, rugs, and wall décor.

4.      I am the official source of products associated with the Lisa Audit Work (the "Lisa Audit Products"):



https://www.art.com/gallery/id--a8648/lisa-audit-posters.htm

5.      I am the owner of the copyright registration for the Lisa Audit copyrighted work, which is protected by United States Copyright Registration No. VA 2-421-411 (the "Lisa Audit Work").

6.      Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using

2

my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

7. My goodwill and reputation are irreparably damaged when the Lisa Audit Work is used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Lisa Audit copyrighted material because infringers take away my ability to control the nature and quality of products bearing the Lisa Audit Work and derivative works.

8. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Lisa Audit Work are meant to be exclusive rights.

9. The marketing and distribution of the Lisa Audit Work and derivative works are aimed at growing and sustaining sales. When infringers use the Lisa Audit Work without authorization, the exclusivity associated with the Lisa Audit Work, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

10. Uncontrolled profiteering and pirating of the Lisa Audit Work create the impression that the copyright rights associated with the Lisa Audit Work may be infringed with impunity. The Lisa Audit Work is distinctive and signifies to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Lisa Audit Work on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Lisa Audit Work cannot be compensated for financially since it erodes my ability to monetize Lisa Audit Work.

11. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2026

_____
Lisa Audit

4