## EXHIBIT A — Per-Defendant Address Investigation

*Lisa Audit v. Schedule A, 1:25-cv-13562 — to the Declaration of Yanling Jiang*

**No. 1 — Encounter Artwork.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 4 — STH Canvas.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 5 — Vivid Arts.**

Stated address: No. 43, Zhaiyang North Lane, Tongan District, Xiamen, Tong'an District, 361100, Fujian Province, Xiamen City, China.

Result: The stated address was searched on Google web search, Google Maps, Baidu Maps (百度地图), Amap (高德地图), and a Baidu (百度) web search (captures below); the searches did not verify the stated address as a specific location connected to the Defendant. The Tianyancha (天眼查) PRC business-registry search returned three registered entities, none of which match the Defendant's platform Business Name or stated address.

Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 6 — Pillow Decoration guo.**

Stated address: No. 2, 28th Floor, Unit 1, Oriental Pearl, No. 65 Minzu Road, Duyun City, Qiannan Prefecture, Guizhou Province, Duyun City, 558000, Guizhou Province, Qiannan Buyi and Miao Autonomous Prefecture, China.

Result: The stated address was searched on Google web search, Google Maps, Baidu Maps (百度地图), Amap (高德地图), and a Baidu (百度) web search (captures below); the searches did not verify the stated address as a specific location connected to the Defendant. The Tianyancha (天眼查) PRC business-registry search returned no matching registered entity.

Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 8 — CN Canvas Painting Shop.**

Stated address: Jinshankou Third Industrial Park, Nancheng County, Fuzhou City, (G-372, first floor, office building 1, Jiancang Digital Industry), Nancheng County, 344700, Jiangxi Province, Fuzhou City, China.

Result: The stated address was searched on Google web search, Google Maps, Baidu Maps (百度地图), Amap (高德地图), and a Baidu (百度) web search (captures below); the searches did not verify the stated address as a specific location connected to the Defendant. The Tianyancha (天眼查) PRC business-registry search returned no matching registered entity.

Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 9 — Free Wall Art.**

Stated address: Room 9042, 9th Floor, Building B, Sino-American Center, No. 15-17, Xingye Street, Kwun Tong District, 999077, Hong Kong Special Administrative Region, Kowloon, China.

Result: The stated address is in Hong Kong, which lies outside the PRC (SAMR/Tianyancha) registration system; Baidu Maps and Amap do not cover Hong Kong, so the address was assessed on Google web search and Google Maps (captures below). Google Maps could not locate the stated address; the record reflects multiple unrelated businesses sharing the base address with rotating unit suffixes.

Screenshots (in order):

*Google*



*Google Maps*



### No. 10 — SZWKS.

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

### No. 11 — pengwji.

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

### No. 12 — THYM.

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 13 — XingS Canvas Painting Shop.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 14 — KGG Canvas Painting Shop.**

Stated address: Jinshankou Third Industrial Park, Nancheng County, Fuzhou City, (G-362, first floor, office building 1, Jiancang Digital Industry), Nancheng County, 344700, Jiangxi Province, Fuzhou City, China.

Result: The stated address was searched on Google web search, Google Maps, Baidu Maps (百度地图), Amap (高德地图), and a Baidu (百度) web search (captures below); the searches did not verify the stated address as a specific location connected to the Defendant. The Tianyancha (天眼查) PRC business-registry search returned no matching registered entity.

Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 15 — MYY Canvas Painting Shop.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 16 — XingY Canvas Painting Shop.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 17 — JD Canvas Painting Shop.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 18 — HL Canvas Painting Shop.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 19 — SDLR Art Painting.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 20 — JACK Art Decorative Painting.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.


**No. 21 — Hi happy XY.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 22 — Pucici.**

Stated address: Room 722, Building 1, Fuji Landmark Building, Nanlian Community, Longgang Subdistrict, Longgang District, 518172, Guangdong Province, Shenzhen, China.

Result: The stated address was searched on Google web search, Google Maps, Baidu Maps (百度地图), Amap (高德地图), and a Baidu (百度) web search (captures below); the searches did not verify the stated address as a specific location connected to the Defendant. The Tianyancha (天眼查) PRC business-registry search returned seven registered entities, none of which match the Defendant's platform Business Name or stated address.

Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 23 — XQ Canvas Painting Shop.

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

## No. 24 — ZHW Wall Art.

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 25 — DreamPaletteCanvas painting.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 26 — Mio Home Canvas Painting.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 27 — A canvas painting.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 28 — UAI Wall Art.**

Stated address: Room 9016, No. 89, Anling 2nd Road, Huli District, Xiamen (address for delivery of legal documents), Huli District, 361006, Fujian Province, Xiamen City, China.

Result: The stated address was searched on Google web search, Google Maps, Baidu Maps (百度地图), Amap (高德地图), and a Baidu (百度) web search (captures below); the searches did not verify the stated address as a specific location connected to the Defendant. The Tianyancha (天眼查) PRC business-registry search returned no matching registered entity.

Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



## No. 29 — HW WALL ART.

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

## No. 30 — MAGH WALL ART.

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 31 — Chh ART.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 32 — ANNI Art Painting.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 33 — HDL CANVAS ART.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 34 — CYGG WALL ART.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 35 — A Color painting.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 37 — AA Color Art.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.


**No. 38 — LuxeNestArt.**

Stated address: No. 5 Jianxing Road, Chixi, Meiling, Jinjiang City, Fujian Province, Jinjiang City, 362200, Fujian Province, Quanzhou City, China.

Result: The stated address was searched on Google web search, Google Maps, Baidu Maps (百度地图), Amap (高德地图), and a Baidu (百度) web search (captures below); the searches did not verify the stated address as a specific location connected to the Defendant. The Tianyancha (天眼查) PRC business-registry search returned no matching registered entity.

Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 42 — Artisans Touch.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 43 — MXX Canvas Painting Shop.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 44 — WJJ Canvas Painting Shop.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 45 — Topbout Art.**

Stated address: Room 511, Building 18, Minzhi First Industrial Zone, Minzhi Street, Longhua District, 570145, Guangdong Province, Shenzhen, China.

Result: The stated address was searched on Google web search, Google Maps, Baidu Maps (百度地图), Amap (高德地图), and a Baidu (百度) web search (captures below); the searches did not verify the stated address as a specific location connected to the Defendant. The Tianyancha (天眼查) PRC business-registry search returned no matching registered entity.

Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



### No. 46 — JXZJUNWEI.

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

### No. 47 — TG ART.

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 48 — Funny Home Decor Gift.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 50 — qiang qiang poster.**

Stated address: Building 3, No. 1666, Yutian Street, Li'nan Town, Xianyou County, Fujian Province, Xianyou County, 351200, Fujian Province, Putian City, China.

Result: The stated address was searched on Google web search, Google Maps, Baidu Maps (百度地图), Amap (高德地图), and a Baidu (百度) web search (captures below); the searches did not verify the stated address as a specific location connected to the Defendant. The Tianyancha (天眼查) PRC business-registry search returned no matching registered entity.

Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 51 — WGJWshuoyu.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 52 — AIIO.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 53 — BUJB.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 55 — Classic CanvasArt.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 56 — XingH Canvas Painting Shop.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 57 — XINGD Canvas Painting Shop.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.


**No. 58 — LIYI WALL ART.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.


**No. 59 — MG WALL ART.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.


**No. 60 — QiuqiuSTtemu.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.


**No. 61 — AIQIU ART.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 62 — GANMIAPPP.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 63 — ALX poster.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 65 — OHIGOU.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 66 — YZX WALL ART.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 67 — Yaho Art.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 68 — Byta Art.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 70 — Begonia Gallery.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 71 — Lucky Lucky US.**

Stated address: Room 308, Building 2, No. 729, Danxi North Road, Beiyuan Street, Yiwu City, Jinhua City, Zhejiang Province (self-declaration), Yiwu City, 322000, Zhejiang Province, Jinhua City, China.

Result: The stated address was searched on Google web search, Google Maps, Baidu Maps (百度地图), Amap (高德地图), and a Baidu (百度) web search (captures below); the searches did not verify the stated address as a specific location connected to the Defendant. The Tianyancha (天眼查) PRC business-registry search returned no matching registered entity.

Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 74 — Echoes on Canvas.**

Stated address: Room 12, 20th Floor, Ho King Commercial Centre, 2-16 Fa Yuen Street, Mongkok, Hong Kong, Yau Tsim Mong District, 999077, Hong Kong Special Administrative Region, Kowloon, China.

Result: The stated address is in Hong Kong, which lies outside the PRC (SAMR/Tianyancha) registration system; Baidu Maps and Amap do not cover Hong Kong, so the address was assessed on Google web search and Google Maps (captures below). Google Maps resolved only to a multi-tenant commercial building (Ho King Commercial Centre), not the stated room or floor.

Screenshots (in order):

*Google*



*Google Maps*



**No. 75 — Canvas Charm ART.**

Stated address: Room 2102, No. 10, Ninghai Sanli, Jimei District, Xiamen, Jimei District, 361021, Fujian Province, Xiamen City, China.

Result: The stated address was searched on Google web search, Google Maps, Baidu Maps (百度地图), Amap (高德地图), and a Baidu (百度) web search (captures below); the searches did not verify the stated address as a specific location connected to the Defendant. The Tianyancha (天眼查) PRC business-registry search returned no matching registered entity.

Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 76 — Dazzle Dock.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 77 — Focus on posters.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 78 — Welcome thanks.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 79 — YFFS Art Painting.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 80 — CQYSTTemu.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 81 — Poster Decoration.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 83 — Queen Wall Art.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 84 — JHR Decorative paintings and posters.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 85 — Lemon Wall Art.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 86 — Calf Wall Art.**

Stated address: No. A288, Shop 01, Building 3, Dijing Villa, Fucheng Town, Haifeng, County, Haifeng County, 516400, Guangdong Province, Shanwei City, China.

Result: The stated address was searched on Google web search, Google Maps, Baidu Maps (百度地图), Amap (高德地图), and a Baidu (百度) web search (captures below); the searches did not verify the stated address as a specific location connected to the Defendant. The Tianyancha (天眼查) PRC business-registry search returned no matching registered entity.

Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 87 — RMX ART.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 88 — XHM ART.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 89 — RRM ART.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 90 — RHJ ART.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 94 — High Art Studio.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 95 — Decorative Haven.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.


**No. 96 — Home Frame Stud.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.


**No. 97 — CJN ART.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.


**No. 98 — CTTSTTemu.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.


**No. 99 — FLSTTemu.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 100 — CJCSTTemu.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 101 — Can Art Canvas Poster.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 102 — RAINBOWCLOUD.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 104 — YGP AIT.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 105 — GO Simple Life.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 106 — CanvasCharm Shop.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.


**No. 107 — XXQ ART.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.

**No. 108 — AGuojiweiiii.**

Stated address: Room 602, 6th Floor, Kai Yu Commercial Building, 2C Argyle Street, Mongkok, Kowloon, Hong Kong, Yau Tsim Mong District, 999077, Hong Kong Special Administrative Region, Kowloon, China.

Result: The stated address is in Hong Kong, which lies outside the PRC (SAMR/Tianyancha) registration system; Baidu Maps and Amap do not cover Hong Kong, so the address was assessed on Google web search and Google Maps (captures below). Google Maps returned only a partial match to a commercial building of a slightly different name (Kai Yue Commercial Building), not the stated room.

Screenshots (in order):

*Google*



*Google Maps*



**No. 109 — Aesthetics Art Wall Decor.**

Stated address: Building 3, No. 1666, Yutian Street, Li'nan Town, Xianyou County, Fujian Province, Xianyou County, 351200, Fujian Province, Putian City, China.

Result: The stated address was searched on Google web search, Google Maps, Baidu Maps (百度地图), Amap (高德地图), and a Baidu (百度) web search (captures below); the searches did not verify the stated address as a specific location connected to the Defendant. The Tianyancha (天眼查) PRC business-registry search returned no matching registered entity.

Screenshots (in order):

*Google*



*Google Maps*



*Baidu Maps (百度地图)*



*Amap (高德地图)*



*Baidu (百度)*



**No. 110 — MSM Decorative paintings and posters.**

Stated address: Seller Information is no longer available.

Result: The seller information page is no longer available and no address is stated; there was no address to search, and no PRC registry search was performed.

Screenshots: None — the seller information page is no longer available, so no map or web capture was possible.