## EXHIBIT B — PRC Business-Registry (Tianyancha 天眼查) Check

*Lisa Audit v. Schedule A, 1:25-cv-13562 — to the Declaration of Yanling Jiang*

**Result summary — of the 92 defaulting sellers, 0 matched a registered entity; of the 13 mainland-China sellers with a stated address, eleven returned no matching registered entity and two — Nos. 5 and 22 — returned three and seven registered entities respectively, none matching; 3 sellers (Nos. 9, 74, and 108) state Hong Kong addresses that lie outside the PRC (SAMR/Tianyancha) system and did not verify on the map searches (see Exhibit A and the Declaration ¶ 5(b)); and 76 sellers had no stated address on the platform and were not searched.**

| No. | Seller (Schedule A) | Tianyancha result | Registered entity / legal rep / USCC | Registered address vs platform |
|---|---|---|---|---|
| 1 | Encounter Artwork | n/a (no address) | n/a | n/a |
| 4 | STH Canvas | n/a (no address) | n/a | n/a |
| 5 | Vivid Arts | 3 returned, none match | n/a | n/a |
| 6 | Pillow Decoration guo | no match | n/a | n/a |
| 8 | CN Canvas Painting Shop | no match | n/a | n/a |
| 9 | Free Wall Art | N/A — Hong Kong address; PRC registry inapplicable. Google Maps could not locate the stated address; multiple unrelated businesses share the base address with rotating unit suffixes (see Ex. A; Decl. ¶ 5(b)). | n/a | Stated unit not located; not verifiable as Defendant-connected |
| 10 | SZWKS | n/a (no address) | n/a | n/a |
| 11 | pengwji | n/a (no address) | n/a | n/a |
| 12 | THYM | n/a (no address) | n/a | n/a |
| 13 | XingS Canvas Painting Shop | n/a (no address) | n/a | n/a |
| 14 | KGG Canvas Painting Shop | no match | n/a | n/a |
| 15 | MYY Canvas Painting Shop | n/a (no address) | n/a | n/a |
| 16 | XingY Canvas Painting Shop | n/a (no address) | n/a | n/a |
| 17 | JD Canvas Painting Shop | n/a (no address) | n/a | n/a |
| 18 | HL Canvas Painting Shop | n/a (no address) | n/a | n/a |
| 19 | SDLR Art Painting | n/a (no address) | n/a | n/a |
| 20 | JACK Art Decorative Painting | n/a (no address) | n/a | n/a |
| 21 | Hi happy XY | n/a (no address) | n/a | n/a |
| 22 | Pucici | 7 returned, none match | n/a | n/a |
| 23 | XQ Canvas Painting Shop | n/a (no address) | n/a | n/a |
| 24 | ZHW Wall Art | n/a (no address) | n/a | n/a |
| 25 | DreamPaletteCanvas painting | n/a (no address) | n/a | n/a |
| 26 | Mio Home Canvas Painting | n/a (no address) | n/a | n/a |
| 27 | A canvas painting | n/a (no address) | n/a | n/a |
| 28 | UAI Wall Art | no match | n/a | n/a |
| 29 | HW WALL ART | n/a (no address) | n/a | n/a |

| No. | Seller (Schedule A) | Tianyancha result | Registered entity / legal rep / USCC | Registered address vs platform |
|---|---|---|---|---|
| 30 | MAGH WALL ART | n/a (no address) | n/a | n/a |
| 31 | Chh ART | n/a (no address) | n/a | n/a |
| 32 | ANNI Art Painting | n/a (no address) | n/a | n/a |
| 33 | HDL CANVAS ART | n/a (no address) | n/a | n/a |
| 34 | CYGG WALL ART | n/a (no address) | n/a | n/a |
| 35 | A Color painting | n/a (no address) | n/a | n/a |
| 37 | AA Color Art | n/a (no address) | n/a | n/a |
| 38 | LuxeNestArt | no match | n/a | n/a |
| 42 | Artisans Touch | n/a (no address) | n/a | n/a |
| 43 | MXX Canvas Painting Shop | n/a (no address) | n/a | n/a |
| 44 | WJJ Canvas Painting Shop | n/a (no address) | n/a | n/a |
| 45 | Topbout Art | no match | n/a | n/a |
| 46 | JXZJUNWEI | n/a (no address) | n/a | n/a |
| 47 | TG ART | n/a (no address) | n/a | n/a |
| 48 | Funny Home Decor Gift | n/a (no address) | n/a | n/a |
| 50 | qiang qiang poster | no match | n/a | n/a |
| 51 | WGJWshuoyu | n/a (no address) | n/a | n/a |
| 52 | AIIO | n/a (no address) | n/a | n/a |
| 53 | BUJB | n/a (no address) | n/a | n/a |
| 55 | Classic CanvasArt | n/a (no address) | n/a | n/a |
| 56 | XingH Canvas Painting Shop | n/a (no address) | n/a | n/a |
| 57 | XINGD Canvas Painting Shop | n/a (no address) | n/a | n/a |
| 58 | LIYI WALL ART | n/a (no address) | n/a | n/a |
| 59 | MG WALL ART | n/a (no address) | n/a | n/a |
| 60 | QiuqiuSTtemu | n/a (no address) | n/a | n/a |
| 61 | AIQIU ART | n/a (no address) | n/a | n/a |
| 62 | GANMIAPPP | n/a (no address) | n/a | n/a |
| 63 | ALX poster | n/a (no address) | n/a | n/a |
| 65 | OHIGOU | n/a (no address) | n/a | n/a |
| 66 | YZX WALL ART | n/a (no address) | n/a | n/a |
| 67 | Yaho Art | n/a (no address) | n/a | n/a |
| 68 | Byta Art | n/a (no address) | n/a | n/a |
| 70 | Begonia Gallery | n/a (no address) | n/a | n/a |
| 71 | Lucky Lucky US | no match | n/a | n/a |
| 74 | Echoes on Canvas | N/A — Hong Kong address; PRC registry inapplicable. Google Maps resolved only to a multi-tenant commercial building (Ho King Commercial Centre), not the stated room/floor (see Ex. A; Decl. ¶ 5(b)). | n/a | Building only; stated Room 12, 20/F not confirmed |
| 75 | Canvas Charm ART | no match | n/a | n/a |
| 76 | Dazzle Dock | n/a (no address) | n/a | n/a |

| No. | Seller (Schedule A) | Tianyancha result | Registered entity / legal rep / USCC | Registered address vs platform |
|---|---|---|---|---|
| 77 | Focus on posters | n/a (no address) | n/a | n/a |
| 78 | Welcome thanks | n/a (no address) | n/a | n/a |
| 79 | YFFS Art Painting | n/a (no address) | n/a | n/a |
| 80 | CQYSTTemu | n/a (no address) | n/a | n/a |
| 81 | Poster Decoration | n/a (no address) | n/a | n/a |
| 83 | Queen Wall Art | n/a (no address) | n/a | n/a |
| 84 | JHR Decorative paintings and posters | n/a (no address) | n/a | n/a |
| 85 | Lemon Wall Art | n/a (no address) | n/a | n/a |
| 86 | Calf Wall Art | no match | n/a | n/a |
| 87 | RMX ART | n/a (no address) | n/a | n/a |
| 88 | XHM ART | n/a (no address) | n/a | n/a |
| 89 | RRM ART | n/a (no address) | n/a | n/a |
| 90 | RHJ ART | n/a (no address) | n/a | n/a |
| 94 | High Art Studio | n/a (no address) | n/a | n/a |
| 95 | Decorative Haven | n/a (no address) | n/a | n/a |
| 96 | Home Frame Stud | n/a (no address) | n/a | n/a |
| 97 | CJN ART | n/a (no address) | n/a | n/a |
| 98 | CTTSTTemu | n/a (no address) | n/a | n/a |
| 99 | FLSTTemu | n/a (no address) | n/a | n/a |
| 100 | CJCSTTemu | n/a (no address) | n/a | n/a |
| 101 | Can Art Canvas Poster | n/a (no address) | n/a | n/a |
| 102 | RAINBOWCLOUD | n/a (no address) | n/a | n/a |
| 104 | YGP AIT | n/a (no address) | n/a | n/a |
| 105 | GO Simple Life | n/a (no address) | n/a | n/a |
| 106 | CanvasCharm Shop | n/a (no address) | n/a | n/a |
| 107 | XXQ ART | n/a (no address) | n/a | n/a |
| 108 | AGuojiweiiii | N/A — Hong Kong address; PRC registry inapplicable. Google Maps returned only a partial match to a commercial building of a slightly different name (Kai Yue Commercial Building), not the stated room (see Ex. A; Decl. ¶ 5(b)). | n/a | Partial building match only; stated Room 602 not confirmed |
| 109 | Aesthetics Art Wall Decor | no match | n/a | n/a |
| 110 | MSM Decorative paintings and posters | n/a (no address) | n/a | n/a |