## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Lisa Audit

                                         Plaintiff,

v.                                                          Case No.:
                                                            1:25−cv−13562
                                                            Honorable Robert W.
                                                            Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2026:

      MINUTE entry before the Honorable Robert W. Gettleman: The court has reviewed plaintiff's renewed motion for entry of default and default judgment (Doc. 53) and the memorandum in support of that motion (Doc. 54). The court finds that the addresses of the defaulting defendants are unknown. Thus, the Hague Convention does not apply to these defendants. See Hague Convention Article 1. The motion for entry of default and default judgment (Doc. [53]) is granted. Enter order. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.