## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LISA AUDIT,

               Plaintiff,

     v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

               Defendants.

Case No. 1:25-cv-13562

**Judge Robert W. Gettleman**

**Magistrate Judge Jeffrey T. Gilbert**

### DEFAULT FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff LISA AUDIT ("Audit" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Audit having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Audit having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

The Court further finds, consistent with *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co.*, 177 F.4th 793 (7th Cir. 2026), that the address of each Defaulting Defendant is not known and that service on the Defaulting Defendants by e-mail and electronic service was proper;

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Audit has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Audit's federally registered copyright, which is protected by U.S. Copyright Registration No. VA 2-421-411 (the "Lisa Audit Work") to residents of Illinois.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 501).

Accordingly, this Court orders that Audit's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Lisa Audit Work or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising,

offering for sale, or sale of any product that is not a genuine Lisa Audit product or not authorized by Audit to be sold in connection with the Lisa Audit Work;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Lisa Audit product or any other product produced by Audit, that is not Audit's or not produced under the authorization, control, or supervision of Audit and approved by Audit for sale under the Lisa Audit Work;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Audit, or are sponsored by, approved by, or otherwise connected with Audit; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Audit, nor authorized by Audit to be sold or offered for sale, and which bear any of Audit's registered copyrights, including the Lisa Audit Work, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Temu, LLC ("Temu") (the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Lisa Audit Work; and

3

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Lisa Audit Work or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Lisa Audit product or not authorized by Audit to be sold in connection with the Lisa Audit Work.

3. Upon Audit's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Lisa Audit Work.

4. Pursuant to 17 U.S.C. § 504(c)(2), Audit is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of the Lisa Audit Worksthe infringing Lisa Audit Work on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Temu, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Temu, are hereby released to Audit as partial payment of the above-identified damages, and Third Party Providers, including Temu, are ordered to

release to Audit the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.  Until Audit has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Audit shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.  In the event that Audit identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Audit may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Final Judgment.

Dated: August 4, 2026

Robert W. Gettleman
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | Encounter Artwork |
| 2 | |
| 3 | |
| 4 | STH Canvas |
| 5 | Vivid Arts |
| 6 | Pillow Decoration guo |
| 7 | |
| 8 | CN Canvas Painting Shop |
| 9 | Free Wall Art |
| 10 | SZWKS |
| 11 | pengwji |
| 12 | THYM |
| 13 | XingS Canvas Painting Shop |
| 14 | KGG Canvas Painting Shop |
| 15 | MYY Canvas Painting Shop |
| 16 | XingY Canvas Painting Shop |
| 17 | JD Canvas Painting Shop |
| 18 | HL Canvas Painting Shop |
| 19 | SDLR Art Painting |
| 20 | JACK Art Decorative Painting |
| 21 | Hi happy XY |
| 22 | Pucici |
| 23 | XQ Canvas Painting Shop |
| 24 | ZHW Wall Art |
| 25 | DreamPaletteCanvas painting |
| 26 | Mio Home Canvas Painting |
| 27 | A canvas painting |
| 28 | UAI Wall Art |
| 29 | HW WALL ART |
| 30 | MAGH WALL ART |
| 31 | Chh ART |
| 32 | ANNI Art Painting |
| 33 | HDL CANVAS ART |
| 34 | CYGG WALL ART |

6

| | |
|----|---|
| 35 | A Color painting |
| 36 | |
| 37 | AA Color Art |
| 38 | LuxeNestArt |
| 39 | |
| 40 | |
| 41 | |
| 42 | Artisans Touch |
| 43 | MXX Canvas Painting Shop |
| 44 | WJJ Canvas Painting Shop |
| 45 | Topbout Art |
| 46 | JXZJUNWEI |
| 47 | TG ART |
| 48 | Funny Home Decor Gift |
| 49 | |
| 50 | qiang qiang poster |
| 51 | WGJWshuoyu |
| 52 | AIIO |
| 53 | BUJB |
| 54 | |
| 55 | Classic CanvasArt |
| 56 | XingH Canvas Painting Shop |
| 57 | XINGD Canvas Painting Shop |
| 58 | LIYI WALL ART |
| 59 | MG WALL ART |
| 60 | QiuqiuSTtemu |
| 61 | AIQIU ART |
| 62 | GANMIAPPP |
| 63 | ALX poster |
| 64 | |
| 65 | OHIGOU |
| 66 | YZX WALL ART |
| 67 | Yaho Art |
| 68 | Byta Art |
| 69 | |
| 70 | Begonia Gallery |
| 71 | Lucky Lucky US |

| 72 | ███████████████████ |
| 73 | ███████████████████ |
| 74 | Echoes on Canvas |
| 75 | Canvas Charm ART |
| 76 | Dazzle Dock |
| 77 | Focus on posters |
| 78 | Welcome thanks |
| 79 | YFFS Art Painting |
| 80 | CQYSTTemu |
| 81 | Poster Decoration |
| 82 | ███████████████████ |
| 83 | Queen Wall Art |
| 84 | JHR Decorative paintings and posters |
| 85 | Lemon Wall Art |
| 86 | Calf Wall Art |
| 87 | RMX ART |
| 88 | XHM ART |
| 89 | RRM ART |
| 90 | RHJ ART |
| 91 | ███████████████████ |
| 92 | ███████████████████ |
| 93 | ███████████████████ |
| 94 | High Art Studio |
| 95 | Decorative Haven |
| 96 | Home Frame Stud |
| 97 | CJN ART |
| 98 | CTTSTTemu |
| 99 | FLSTTemu |
| 100 | CJCSTTemu |
| 101 | Can Art Canvas Poster |
| 102 | RAINBOWCLOUD |
| 103 | ███████████████████ |
| 104 | YGP AIT |
| 105 | GO Simple Life |
| 106 | CanvasCharm Shop |
| 107 | XXQ ART |
| 108 | AGuojiweiiii |

| 109 | Aesthetics Art Wall Decor |
| 110 | MSM Decorative paintings and posters |