**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LISA AUDIT,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:25-cv-13562<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff, Lisa Audit ("Plaintiff"), with the agreement and consent of Defendant Nos. 49 Beautiful flowers means love et al.[1] (collectively, the "Defendants"), respectfully moves the Court, pursuant to the Parties' settlement agreement, for entry of the proposed Consent Judgment attached hereto as **Exhibit A**. In support, Plaintiff states as follows:

The Parties executed a settlement agreement resolving Plaintiff's claims against Defendants. Under that agreement, Defendants agreed to pay Plaintiff four thousand five hundred dollars ($4,500) (the "Settlement Amount") within sixty days of the agreement's effective date, a period that closed on September 28, 2026.

The Settlement Amount remains unpaid, and the Defendants have not requested more time to remit payment. Defendants agreed that if payment was not timely made, Plaintiff may move for entry of a consent judgment. The proposed Consent Judgment awards the Settlement Amount, enters the agreed permanent injunction, directs Whaleco, Inc. d/b/a Temu ("Temu") to transfer the Settlement Amount from Defendants' accounts to Plaintiff, and preserves Plaintiff's right to

[1] "Defendants" include Defendant Nos. 49 Beautiful flowers means love, 64 Art Design Decorative Mural, 69 Alina Home Decor, 72 This beautiful poster, 73 Boutique poster, and 103 Beautiful poster style.

reasonable attorneys' fees and costs incurred in enforcing the judgment. This motion is agreed; Defendants consent to entry of the proposed Consent Judgment and do not oppose the relief requested.

Accordingly, Plaintiff respectfully requests that the Court enter the proposed Consent Judgment attached hereto as Exhibit A against Defendants.

DATED: October 14, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*

Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 14, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LISA AUDIT,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-13562

**Judge Robert W. Gettleman**

**Magistrate Judge Jeffrey T. Gilbert**

## CONSENT JUDGMENT

This action having been commenced by Plaintiff LISA AUDIT ("Plaintiff") against the following Defendants ("Defendants") (collectively, the "Parties") identified on Schedule A to the Complaint, Plaintiff and Defendants have resolved all claims arising from the allegations in the Complaint:

| No. | Defendant Name | Account ID |
|---|---|---|
| 49 | Beautiful flowers means love | 634418218147966 |
| 64 | Art Design Decorative Mural | 634418221979147 |
| 69 | Alina Home Decor | 634418221476303 |
| 72 | This beautiful poster | 634418220083753 |
| 73 | Boutique poster | 634418220488284 |
| 103 | Beautiful poster style | 634418219042152 |

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities towards consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating at least one e-commerce store that targets United States consumers using one or more seller aliases, offering goods for sale and shipping to the United States, including Illinois,

accepting payment in U.S. dollars, and using unauthorized copies of the Lisa Audit Work listed in Exhibit 1 to the Complaint in connection with those sales.

THIS COURT FURTHER FINDS that Defendants are liable for copyright infringement (17 U.S.C. §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them, be permanently enjoined and restrained from

   a. reproducing, distributing copies of, making derivative works of, or publicly displaying the Lisa Audit Work in any manner without the express authorization of Plaintiff;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Lisa Audit product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Lisa Audit Work;

   c. committing any acts calculated to cause consumers to believe that Defendants' Infringing Lisa Audit Work are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

   d. further infringing the Lisa Audit Work and damaging Plaintiff's goodwill; and

   e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Lisa Audit Work.

2. Pursuant to the Parties' settlement agreement, Defendants shall pay Plaintiff four thousand five hundred dollars ($4,500) in damages (the "Damage Amount").

3. Whaleco, Inc. d/b/a Temu ("Temu") is ordered to transfer the Damage Amount from Defendants' accounts to Plaintiff within seven (7) calendar days of receipt of this Order.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendants' failure to comply, in any way, with their obligations set forth herein.

IT IS SO ORDERED.

DATED: _______________, 2026

_____________________________________
Robert W. Gettleman
United States District Judge