**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LISA AUDIT,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-13562

Judge Robert W. Gettleman

Magistrate Judge Jeffrey T. Gilbert

# PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Minute Entry Orders [52] and [58], Plaintiff Lisa Audit ("Plaintiff") respectfully submits this status report.

On August 4, 2026, this Court entered the Default Judgment Order [56], excluding certain defendants who appeared through counsel. A Consent Judgment Order [59] against these defendants was entered on October 15, 2026. As no defendant remains, this case can be closed at the Court's earliest convenience.

DATED: October 28, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.